FILED
July 2, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. MAG. 07-0197-KJM
         Plaintiff,       )
                          )   ORDER FOR RELEASE OF
v.                        )   PERSON IN CUSTODY
EDITH MINER,              )
                          )
         Defendant.       )
                          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EDITH MINER, Case No. MAG. 07-0197-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

___ Appearance Bond with Surety

_X_ Unsecured Appearance Bond

_X_ (Other) Conditions as stated on the record

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 2, 2007 at 3:30 pm

By _____
Edmund F. Brennan
United States Magistrate Judge